UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6209 CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

IN RE: MOTION TO SEAL )
INDICTMENT FGJ 99-01 )

FILED by D.C.

AUG -1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SEAL

This comes before the Court on the government's Motion to Seal. Considering the grounds raised in the Motion, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court is directed to file under seal the (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) the Motion to Seal, this Order, the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrant, and Bond Recommendation Sheets until the defendant is arrested.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___1st___ day of August, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE