BTB:vlf    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6209 CR-FERGUSON**
18 USC 228(a)(3)

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALEXANDER KUZIW ) | |
| ) | |
| Defendant. ) | |
| _____) | |

FILED by _____ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about May, 1999, and continuing to September, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### ALEXANDER KUZIW,

a resident of New York, willfully failed to pay a past due support obligation for the support and maintenance of a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward Circuit Court, Broward County, Florida, in Case No.95-3616(39)(92) and which had remained unpaid for a period longer than two years and was greater than $10,000.



All in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL

FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ALEXANDER KUZIW | |
| | **Superseding Case Information**: |

**Court Division**: (Select One)

\_\_ Miami  \_\_ Key West
_X_ FTL  \_\_ WPB \_\_ FTP

New Defendant(s)   Yes \_\_  No \_\_
Number of New Defendants  \_\_
Total number of counts  \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) NO
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | _X_ | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _x_ No

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  __Alexander Kuziw__          No.: _____

Count #I:
Failure to pay child support; in violation of 18:228(a)(3)

*Max Penalty: Not more than 2 years' imprisonment and $250,000 fine

Count #II:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96