# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALEXANDER KUZIW

**WARRANT FOR ARREST**

CASE NUMBER: **00-6209**

**CR-FERGUSON**

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  ALEXANDER KUZIW
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

**charging him or her with** (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title  18   United States Code, Section(s)  228

Clarence Maddox

Name of Issuing Officer

Court Administrator/Clerk of the Court

Title of Issuing Officer

/s/ Denny Butler

Signature of Issuing Officer

BSS

Bail fixed at $ 25,000 personal surety
bond - Do NOT LODGE OVERNIGHT!

08/01/00 at Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

BOND RECOMMENDATION

ALEXANDER KUZIW
Defendant

$25,000 PSB is recommended.

By: _____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 E. BROWARD BOULEVARD, 7TH FL
FT. LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 999490
TELEPHONE: (954)356-7255
FACSIMILE: (954)356-7336

Last Know Address: _____

What Facility: _____

Agent(s): __Special Agent Ariel Rodriguez (HHS)__
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)