# United States District Court

SOUTHERN DISTRICT OF FLORIDA

Removal docs
N.D. OF N.Y.
FILED

UNITED STATES OF AMERICA

V.

ALEXANDER KUZIW

**WARRANT FOR ARREST**

CASE NUMBER: 00-6209

CR-FERGUSON

MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALEXANDER KUZIW__

Name

COM 335
ND/NY DRH

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | |Information | |Complaint | |Order of court | |Violation Notice | |Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title _18_ United States Code, Section(s) _228_

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_/s/ Denny Butler_
Signature of Issuing Officer

08/01/00 at Fort Lauderdale, Florida
Date and Location

BSS

Bail fixed at $ 25,000 personal surety
bond - DO NOT LODGE OVERNIGHT!

by BARRY S. SELTZER, MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _/s/_ Deputy Clerk
Date 8-1-00

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

AO 442 (Rev. 12/85) Warrant for Arrest

certify that this is a true
and correct copy of an original
document on file in this office
Date 8/8/00  Lawrence K. Baerman, Clerk
U.S. District Court - NDNY
_/s/ Dickinson_  Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
18 USC 228(a)(3)

UNITED STATES OF AMERICA )
            Plaintiff, )
     )
vs. )
     )
ALEXANDER KUZIW )
     )
            Defendant. )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about May, 1999, and continuing to September, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

ALEXANDER KUZIW,

a resident of New York, willfully failed to pay a past due support obligation for the support and maintenance of a child residing in Broward County, Florida and to the parent with whom the child lived, said obligation having been determined by the Broward Circuit Court, Broward County, Florida, in Case No.95-3616(39)(92) and which had remained unpaid for a period longer than two years and was greater than $10,000.

All in violation of Title 18, United States Code, Sect. .1 228(a)(3).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

# United States District Court

N.D. OF N.Y.
FILED
AUG 17 2000
LAWRENCE K. BAERMAN, CLERK

___Northern___ DISTRICT OF ___New York___

UNITED STATES OF AMERICA

v.

Alexander Kuzin

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 00 m 335

I, Alexander Kuzin, _____ understand that in the Southern District of Florida, charges are pending alleging violation of 18 § 228 (a)(3) _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to: 18 § 228 (a)(3)

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I certify that this is a true and correct copy of an original document on file in this office
8/18/00 Lawrence K. Baerman, Clerk
U.S. District Court - NDNY
by L. Dickinson, Deputy

X _____
Defendant

8/17/00
Date

_____
Defense Counsel

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF NEW YORK  
ALBANY, NEW YORK

DATE: _August 17, 2000_  
TIME: _2:00_  
TAPE: _004-49_

HON. DAVID R. HOMER., PRESIDING  
UNITED STATES MAGISTRATE JUDGE

COURTROOM DEPUTY: __CYNTHIA J. MEZOFF__  
COURT ECRO / STENO: __LAURIE DICKINSON__  
INTERPRETER: _____  
[kinterp.]           (Certified / Non-certified)  
LANGUAGE: _____

I certify that this is a true and correct copy of an original document, on file in this office 8/18/00 Lawrence K. Baerman, Clerk U.S. District Court - NDNY  
_L. Dickinson_ Dep.

U.S. DISTRICT COURT  
N.D. OF N.Y.  
FILED  
AUG 17 2000  
LAWRENCE K. BAERMAN, CLERK  
ALBANY

UNITED STATES OF AMERICA  
vs.  
_Alexander Kuziw_ , by _not represented_ , Esq.  
[kdaddatty.]  
____ Retained   ____ CJA Assigned   ____ Waived

DOCKET NUMBER: _00-m-335_

AUSA, _Tina Sciocchetti_ , for Government [kgaddatty.]  
_(for Richard Hartunian)_  
PRETRIAL OFFICER(s): _____

____ DATE OF ARREST [kars.] _____

____ INITIAL APPEARANCE [kia.]  
__X__ REMOVAL HEARING [krmvhrg.] _TO FLORIDA_  
____ RULE 40 DOCS RECEIVED [kr40doc.]  
____ ARRAIGNMENT [karr.]  
____ ARRAIGNMENT ON SUPERSEDING INDICTMENT [karrsps.]  
____ DETENTION HEARING [kdtnhrg.]  
____ PROBATION/SUPERVISED RELEASE VIOLATION HEARING [kprohrg.]  
____ BOND HEARING [kbndhrg.]  
____ PRELIMINARY HEARING [kprlxm.]  
____ NEBBIA HEARING [knbhrg.]

____ NEXT APPEARANCE: _____ for:

____ Arraignment [arrddl.]  
____ Preliminary Hearing [prlxmddl.]  
____ Detention Hearing [dtnhrgddl.]  
____ Bond Hearing [bndhrgddl.]  
____ Removal / Identity Hearing [rmvhrgddl.]  
____ Other: _____

____ DEFT. APPEARS 1st time with COUNSEL [kcnsl.]  
__X__ DEFT. APPEARS WITHOUT COUNSEL

____ FINANCIAL AFFIDAVIT filed [kfinaff.]  
____ COUNSEL to be APPOINTED BY COURT

____ GOVT. MOVES to UNSEAL: [kgoralm.]  ____ COMPLAINT [kcmpuns.]  ____ INDICTMENT [kindiuns.]  ____ INFORMATION [kinfouns.]

____ COURT:  ____ GRANTS MOTION to UNSEAL  ____ DENIES MOTION to UNSEAL [koralo.]

____ DEFT. Advised of rights, maximum penalty stated and given a copy of:  
____ Complaint  ____ Information  ____ Indictment  ____ Superseding Indictment

____ GOVT. MOVES for DETENTION [kgoralm.]:  ____ Risk of Flight  ____ Danger to Community

____ GOVT. RECOMMENDS BAIL AT: $ _____  PRB ____  ROR ____

____ ATTY. Waives the formal reading; and enters a PLEA of __NOT GUILTY__. [kpl.]

(See Reverse Side for Further Information)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| | | |
|---|---|---|
| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF | USA vs. Kuziw / Northern District of New York / AT Albany, NY | 0206 |

PERSON REPRESENTED (Show your full name): Alexander Kuziw

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
FILED AUG 17 2000
District Court
Court of Appeals
LAWRENCE K. BAERMAN, CLERK
ALBANY

CHARGE/OFFENSE (describe if applicable & check box → ☒ Felony ☐ Misdemeanor): 18 USC 228(a)(3)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 7/99
How much did you earn per month? $ 4,100
If married is your Spouse employed? ☐ Yes ☐ No N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS LOAN COMPANIES CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| | Child Support (Instant Offense) Unknown | am't | |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/17/00

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X [signature]

certify that the above is a true and correct copy of an original document on file in this office. Lawrence K. Baerman, Clerk, U.S. District Court - NDNY By: [signature], Deputy

# United States District Court

DISTRICT OF __Northern__ __New York__

FILED
N.D. OF N.Y.
AUG 17 2000
LAWRENCE K. BAERMAN, CLERK
ALBANY

I certify that this is a true and correct copy of an original document on file in this office
Date 8/18/00
Lawrence K. Baerman, Clerk
U.S. District Court, NDNY
By: _____

UNITED STATES OF AMERICA

V.

__Alexander Kuziw__
Defendant

**APPEARANCE BOND**

CASE NUMBER: __00-m-335__

Non-surey: I, the undersigned defendant acknowledge that I and my . . .
~~Surety:~~ We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __25,000__ _____, and there has been deposited in the Registry of the Court the sum of $ __25,000__ _____ in cash or __PR?__ _____ (describe other security.)

The conditions of this bond are that the defendant __Alexander Kuziw__ (name).

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __8/17/00__ at __Albany__
Place

X Defendant. _____ Address. __6340 Old Greenfield Rd. Ellenville__

Surety. _____ Address. _____

Surety. _____ Address. _____

Signed and acknowledged before me on __8/17/00__
Date

_____
Judicial Officer/Clerk

Approved: __David R. Homer__
Judicial Officer

# United States District Court

_____Northern_____ DISTRICT OF __New York__

UNITED STATES OF AMERICA

V.

__Alexander Kuziw__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 00m 335

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

__Judge Seltzer__ on __299 E Braun Blvd, FT. LAUDERDALE__
9:00 AM                         FLORIDA
                                Place: FLORIDA

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __Twenty five thousand__ dollars ($ __25,000.00__) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
Signature of Defendant

634 OLD GREENFIELD RD
Address

ELLENVILLE N.Y (914) 647-4547
City and State / Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 8/17/00

_____
Signature of Judicial Officer

David R. Homer, U.S.M.J.
Name and Title of Judicial Officer

I certify that this is a true and correct copy of an original document on file in the office...

WHITE COPY - COURT   YELLOW - DEFENDANT   GREEN - PRETRIAL SERVICE   BLUE - U.S. ATTORNEY   PINK - U.S. MARSHAL

☆U.S.GOVERNMENT PRINTING OFFICE 1997-560-300

```
                                                        CLOSED
                    U.S. District Court
          Northern District of New York (Albany)

         CRIMINAL DOCKET FOR CASE #: 00-M -335-ALL

USA v. Kuziw                                    Filed: 08/17/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge David R. Homer

ALEXANDER KUZIW (1)
     defendant


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints:

   NONE


U. S. Attorneys:

  Tina E. Sciocchetti, AUSA
  FAX 518-431-0249
  [COR LD NTC]
  Office of United States
  Attorney
  James T. Foley U.S. Courthouse
  445 Broadway
  Room 231
  Albany, NY 12207-2924
  518-431-0247
```

I certify that this is a true and correct copy of an original document on file in this office
Date 8/18/00  Lawrence K. Baarman, Clerk
U.S. District Court, Albany
By: A. Dulinsr

```
Proceedings include all events.
1:00m 335-ALL USA v. Kuziw
                                                                   CLOSED
8/17/00   1      Rule 40 Documents as to Alexander Kuziw received from
                 Southern District of Florida [certified copies of arrest
                 warrant, indictment from SD/FL #00-6209] (ldi)
                 [Entry date 08/18/00] [Edit date 08/18/00]

8/17/00   2      WAIVER of Rule 40 Hearings by Alexander Kuziw (ldi)
                 [Entry date 08/18/00]

8/17/00   --     Removal hearing as to Alexander Kuziw  held (ldi)
                 [Entry date 08/18/00]

8/17/00   3      Minute entry as to Alexander Kuziw: Rule 40 hearing held
                 8/17/00; Appearances: AUSA Tina Sciocchetti for govt.,
                 Deft. appears w/out counsel; $25,000.00 unsecured bond set;
                 Deft. released; Court Reporter/ECRO: Laurie Dickinson  Tape
                 #: 00H-49 (ldi) [Entry date 08/18/00]

8/17/00   4      CJA 23 FINANCIAL AFFIDAVIT by Alexander Kuziw (ldi)
                 [Entry date 08/18/00]

8/17/00   5      Appearance BOND entered by Alexander Kuziw in  Amount $
                 25,000.00 unsecured personal recognizance bond (ldi)
                 [Entry date 08/18/00]

8/17/00   6      ORDER Setting Conditions of Release as to Alexander Kuziw
                 Bond set to $25,000.00 unsecured recognizance bond for
                 Alexander Kuziw.; Deft. is to appear before Judge Seltzer
                 at 9:00am in the SD/FL, 299 E. Brauer Blvd., Ft.
                 Lauderdale, Florida; ( Signed by Magistrate Judge David R.
                 Homer on 8/17/00 ) (ldi) [Entry date 08/18/00]
```