**COURT MINUTES**

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ALEXANDER KUZIW (surrender) | CASE NO: | 00-6209-CR-FERGUSON |
| AUSA: | BRUCE BROWN | ATTY: | |
| AGENT: | | VIOL: | 18 USC 228 |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: | 25,000 PERSONAL SURETY |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

*Deft FTA*

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

*B/W to be*

❏ No contact with victims / witnesses.

*issued - Bond*

❏ No firearms.

*revoked -*

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9/11/00    TIME: 11:00    FTL/LSS TAPE # 00 - 047    Begin: 172    End: 251