# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   494890

UNITED STATES OF AMERICA

V.

ALEXANDER KUZIW

**WARRANT FOR ARREST**

CASE NUMBER: **00-6209**

**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ALEXANDER KUZIW__

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense)

**FAILURE TO PAY COURT ORDERED CHILD SUPPORT**

in violation of Title __18__ United States Code, Section(s) __228__

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_(signature)_ Jenny Butler
Signature of Issuing Officer

BSS

Bail fixed at $ 25,000 personal surety
bond - Do NOT LODGE OVERNIGHT!

08/01/00 at Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Northern District of New York

| DATE RECEIVED<br>8/1/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>Glenn Morgan, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>8/17/00 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ ALEXANDER KUZIW _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ JULY 7, 1956 _____

SOCIAL SECURITY NUMBER: _____ 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 _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _ HHS _____

_____ 8100 Oak Lane, Suite 306 _____

_____ MIAMI, FL 33014 _____