# WARRANT FOR ARREST

## United States District Court
DISTRICT: Southern Florida

| UNITED STATES OF AMERICA | DOCKET NO. 00-6209-CR-Ferguson | MAGISTRATE CASE NO. |
|---|---|---|
| v. ALEXANDER KUZIW | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Alexander Kuziw, 634 Old Greenfield Road, Ellenville, New York | |

WARRANT ISSUED ON THE BASIS OF:
Bench Warrant
☐ Indictment  ☐ Information  ☒ Order of Court  ☐ Complaint

TO: U. S. Marshal

DISTRICT OF ARREST:
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Failure to appear before magistrate in Ft. Lauderdale, Florida on September 11, 2000.

IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION

BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE

ORDERED BY: LURANA S. SNOW
SIGNATURE (US MAGISTRATE): Lurana S. Snow
DATE: 9-12-00

CLERK OF COURT: Clarence Maddox
(BY) DEPUTY CLERK: Denny Butler
DATE ISSUED: 9-12-00

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record