UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEXANDER KUZIW, # 1

Defendant.

Case No. 00-6209-CR-FERGUSON

FILED __/____ C.C.

SEP 13 2000

## ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Alexander Kuziw, #1 is apprehended.

DONE AND ORDERED at Miami, Florida, this 13th day of September 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL

