# WARRANT FOR ARREST

## United States District Court

DISTRICT: Southern Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 00-6209-CR-Ferguson |
| v. | MAGISTRATE CASE NO. |
| ALEXANDER KUZIW | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: Alexander Kuziw, 634 Old Greenfield Road, Ellenville, New York |

WARRANT ISSUED ON THE BASIS OF: Bench Warrant
☒ Order of Court
☐ Indictment  ☐ Information  ☐ Complaint

TO: U. S. Marshal

DISTRICT OF ARREST:
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Failure to appear before magistrate in Ft. Lauderdale, Florida on September 11, 2000.

IN VIOLATION OF
UNITED STATES CODE TITLE: 
SECTION:

BAIL FIXED BY COURT:
OTHER CONDITIONS OF RELEASE: US

ORDERED BY: LURANA S. SNOW
SIGNATURE (US. MAGISTRATE): Lurana S. Snow
DATE: 9-12-00

CLERK OF COURT: Clarence Maddox
(BY) DEPUTY CLERK: Jenny Butler
DATE ISSUED: 9-12-00

### RETURN

Arrested by USMS in Northern District of New York

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/12/00 | James A. Tassone | |
| DATE EXECUTED | United States Marshal | |
| 9/22/00 | Southern District of Florida | Mike Gloetzner, ASDUSM |

[1] United States Judge or Judge of a State Court of Record