OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

September 27, 2000

JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY, Room 345
ALBANY, NEW YORK 12207-2936
(518) 257-1805

Clerk, US District Court
U.S. Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

RE:  **US v. KUZIW, Alexander**
    **NDNY Docket #00-m-335**
    **SD/FL Docket #00-6209-CR - FERGUSON.**

Dear Clerk:

Enclosed please find certified copies of the following papers regarding the above named defendant(s):

        1. Copy of SD/FL arrest warrant
        2. Copy of Minutes from 9/21/00 and 9/22/00
        3. Copy of Financial Affidavit
        4. Copy of Order of Detention
        5. Copy of Commitment to Another District
        6. Copy of ND/NY docket sheet

Please acknowledge receipt of same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

Thank you for your attention in this matter.

Sincerely,

LAWRENCE K. BAERMAN, CLERK

By: Laurie M. Dickinson
    Deputy Clerk
Enc.
ACKNOWLEDGMENT: _____ DATE_____

CR 12 (Rev. 9/82)

**WARRANT FOR ARREST**

| | DISTRICT Southern Florida |
|---|---|
| **United States District Court** | |

| UNITED STATES OF AMERICA v. ALEXANDER KUZIW | DOCKET NO. 00-6209-CR-Ferguson | MAGISTRATE CASE NO. |
|---|---|---|
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| | Alexander Kuziw 634 Old Greenfield Road, Ellenville, New York | District Court N.D. OF N.Y. FILED |

WARRANT ISSUED ON THE BASIS OF:
Bench Warrant ☒ Order of Court
☐ Indictment ☐ Information ☐ Complaint

| | DISTRICT OF ARREST |
|---|---|
| TO: U. S. Marshal | CITY  SEP 2 1 2000 |

Lawrence K. Baerman, CLERK
YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person ALBANY
before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Failure to appear before magistrate in Ft. Lauderdale, Florida on September 11, 2000.

FT. LAUD. OFFICE
SOUTHERN DISTRICT OF
FLORIDA
2000 SEP 12  AM 11: 58
UNITED STATES MARSHAL
RECEIVED

being that this is a true and correct copy of the original ... this office ... ... K Baerman, CL.

| IN VIOLATION OF | UNITED STATES CODE TITLE | | SECTION | |
|---|---|---|---|---|
| BAIL FIXED B/COURT | OTHER CONDITIONS OF RELEASE US | | | |
| ORDERED BY LURANA S. SNOW | SIGNATURE (U.S. MAGISTRATE) Lurana S. Snow | | DATE 9-12-00 | |
| CLERK OF COURT Larence Middox | (BY) DEPUTY CLERK Jenny Butle | | DATE ISSUED 9-12-00 | |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ... |
|---|---|---|
| DATE EXECUTED | | By Deputy Clerk Date |

1United States Judge or Judge of a State Court of Record

# Ulster County
# Mental Health
# Department



Marshall Beckman, MPA
Director of Community Services

Julia Eilenberg, M.D.
Medical Director

Mental Health, Alcohol & Substance Abuse Outpatient Services for Ulster County

Honorable Judge Snow
United States District Court
Southern District of Florida
299 East Brauer Blvd.
Fort Lauderdale, Florida

September 8, 2000

ND/NY   (UM 355)

Dear Your Honor.

Alexander Kuziw has told us that he is scheduled to stand before the Court for failure to pay court ordered child support. He has expressed concerns for how the process and outcome of the legal proceedings may effect his physical health.

Mr. Kuziw is in a Narcotics Treatment Program at Ulster County Mental Health, and is prescribed 220 mg. of methadone daily. In addition to Opiate Dependency he suffers from an Affective Disorder. Mr. Kuziw states that he has been diagnosed with hypertension, disc herniation, and a heart murmur.

Opiate Replacement Therapy with an agonist (methadone) should be continued while Mr. Kuziw is involved with the legal justice system, or in the custody of the criminal justice system. If no means exist for Mr. Kuziw to continue methadone at the present level, then I recommend that he be withdrawn from it at a rate no greater than 10 mg. every three days.

Abrupt ceasation of methadone is medically contraindicated and could result in severe physical and emotional distress. Acute methadone abstinence is known to complicate existing underlying physical and emotional disorders of patients who are prescribed it for the treatment of opiate addiction.

Please feel free to contact me, or the Administrative Director of this Program should you have any questions, or require further information regarding these medical matters. I am available weekday mornings except for Wednesday at 845-340-4100.

Sincerely Yours,

*Lionel Deutsch*

Lionel Deutsch, MD
Medical Director

*[handwritten annotations:]*
CALL ME AFTER 2:00
AT 914 647 4547
ATTN, - MR. COLIS
I TRYED TO FAX THIS INFO. TO JUDGE
SNOW & CANT GET THRU, CAN YOU
HELP ME GET THIS TO THE HONOR. THANK
YOU HONOR, P.S.- CAN WE TELOPHON
AT THIS TIME I Alex Kuziw
TRIAL THIS.

Cc    Florida Alcohol and Drug Abuse Program Department of Health and Human Services
      Bruce Brown, Esq - Assistant United States Attorney

is information has been disclosed to you from
ords whose confidentiality is protected by
deral Law. Federal Regulation (42 CFR, Part 2)
ihibits you from making any further disclosure
it without the specific written consent of the
son to whom it pertains, or as otherwise
rmitted by such regulations. A general
horization for the release of medical or other
ormation is NOT sufficient for this purpose.
i Federal rules restrict any use of the
ormation to criminally investigate or prosecute
patient.

*[handwritten annotations, right side:]*
P.S. OR CAN YOU
PLEASE GIVE ME
MORE TIME, PLEASE
TO WANT TO SETTLE
THIS, THANK YOU

FEEL SEVERE INSTABILITY, CAN WE
PLEASE SWITCH THIS TRIAL TO N.Y.
FINACIALLY, I CANNOT AFFORD IT, I DO
NOT WORK. PHYSICALLY I'm SICK, DISABLED.
MENTALLY I'M READY TO EXPLODE.
PLEASE YOUR HONOR CAN WE
SWITCH TRIAL TO J.Y., I AM
OUT AGAIN O.G., I JUST CANT
DO THIS. HELP ME. THANK YOU.
I HAVE APPEARED FOR SEARING Alex Kuziw

Methadone Maintenance Treatment Program
239 Golden Hill Lane
Kingston, New York 12401-6441
(914) 340-4100
FAX (914) 340-4053
Ulster County Web Site: www.co.ulster.ny.us

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK

DATE: _September 21, 2000_

TIME: _2:00_

HON. DAVID R. HOMER., PRESIDING
UNITED STATES MAGISTRATE JUDGE

TAPE: _____

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 21 2000
LAWRENCE K. BAERMAN, CLERK
ALBANY

COURTROOM DEPUTY:____CYNTHIA J. MEZOFF____
COURT ECRO / STENO: _Theresa Berical_
INTERPRETER: _____
[kinterp.]          (Certified / Non-certified)
LANGUAGE: _____

UNITED STATES OF AMERICA
vs.

_Alexander Kuzin_____, by _Gene Primomo_____ Esq.
                                     [kdaddatty.]

DOCKET NUMBER: _00-m-335_____

____ Retained ____ CJA Assigned ____ Waived

AUSA, _Tina Sciocchetti_____, for Government [kgaddatty.]

PRETRIAL OFFICER(s):_____

X   DATE OF ARREST [kars.] _9/21/00_____

____ INITIAL APPEARANCE          ____ REMOVAL HEARING              ____ RULE 40 DOCS RECEIVED
     [kia.]                            [krmvhrg.]                        [kr40doc.]
____ ARRAIGNMENT                 ____ ARRAIGNMENT ON SUPERSEDING INDICTMENT
     [karr.]                           [karrsps.]
X   DETENTION HEARING           ____ PROBATION/SUPERVISED RELEASE VIOLATION HEARING
     [kdtnhrg.]                         [kprohrg.]
____ BOND HEARING                ____ PRELIMINARY HEARING          ____ NEBBIA HEARING
     [kbndhrg.]                         [kprlxm.]                         [knbhrg.]

____ NEXT APPEARANCE: _Friday, September 22, 2000 @ 2:00_____ for:

     ____ Arraignment          ____ Preliminary Hearing       X   Detention Hearing
          [arrddl.]                 [prlxmddl.]                   [dtnhrgddl.]
     ____ Bond Hearing         ____ Removal / Identity Hearing  ____ Other:_____
          [bndhrgddl.]               [rmvhrgddl.]

____ DEFT. APPEARS 1st time with COUNSEL [kcnsl.]           ____ DEFT. APPEARS WITHOUT COUNSEL

____ FINANCIAL AFFIDAVIT filed [kfinaff.]                   ____ COUNSEL to be APPOINTED BY COURT

____ GOVT. MOVES to UNSEAL:      ____ COMPLAINT      ____ INDICTMENT      ____ INFORMATION
     [kgoralm.]                       [kcmpuns.]         [kindiuns.]         [kinfouns.]

____ COURT:    ____ GRANTS MOTION to UNSEAL       ____ DENIES MOTION to UNSEAL [koralo.]

____ DEFT. Advised of rights, maximum penalty stated and given a copy of:
          ____ Complaint    ____ Information    ____ Indictment    ____ Superseding Indictment

____ GOVT. MOVES for DETENTION [kgoralm.]:      ____ Risk of Flight  ____ Danger to Community

____ GOVT. RECOMMENDS BAIL AT: $_____ PRB ____   ROR ____

____ ATTY. Waives the formal reading; and enters a PLEA of NOT GUILTY. [kpl.]

(See Reverse Side for Further Information)

_____ CASE assigned to JUDGE: _____.

_____ Criminal PRETRIAL ORDER issued in court.    _____ Criminal PRETRIAL ORDER to be mailed to counsel.

_____ BOND set at [kbnd.]: $_____    _____ PRB    _____ ROR    _____ To be secured by property

_____ ORDER setting CONDITIONS OF RELEASE filed

_____ DEFT. Admits he/she is the person wanted in _____.

_____ DEFT. Signs WAIVER of RULE 40 HEARING

_____ DEFT. ORDERED REMOVED to originating district [koralo.]

_____ DEFT. Failed to appear [kloc.] _____ LF

_____ Oral ORDER for issuance of BENCH WARRANT; Bond FORFEITED. [koralo.]

_____ DEFT ORDERED detained pending trial; Order to be issued. [oralo.]

_____ DEFT. RELEASED    _____ DEFT. RELEASED ON CONDITIONS PREVIOUSLY SET

__✗__ DEFT. REMANDED to custody of the U.S. MARSHAL. Select one of the following ONLY after Defendants 1st appearance:

[kloc.] _____ LC    _____ LO (State, Local, or other Federal Authorities)

_____ CJA-20 Voucher issued.

_____ OTHER:

and correct copy of an original
in this offi..
...Ton, Cl..

COURT STANDS IN RECESS: _____ AM / PM

cr-00813-LEK Document FINANCIAL AFFIDAVIT D Document 13 Page 6 of 13 P

**FINANCIAL AFFIDAVIT** (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

_USA_ vs. _Kuziw_  FOR _Northern District of New York_  AT _Albany, NY_

LOCATION NUMBER: _0206_

PERSON REPRESENTED (Show your full name): _Alexander Kuziw_

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

| | |
|---|---|
| 1 ☑ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

_18 USC 228 (a)(3)_

U. S. DISTRICT COURT
N.D. of N.Y.
**FILED**
SEP 21 2000
LAWRENCE K. BAERMAN CLERK

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment _7/99_
How much did you earn per month? $ _1,100.—_

If married is your Spouse employed? ☐ Yes ☐ No  N/A

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: _____  SOURCES: _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: _____  DESCRIPTION: _____

_certify that this is a true and correct copy of an original_

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☑ SEPARATED OR DIVORCED

Total No. of Dependents: _0_

List persons you actually support and your relationship to them:
_9/27/00_
_Clerk's Office_
_Baerman, Clerk_
_K. Duclos Deputy_

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| _Child Support (Instant Offense)_ | _Unknown amt_ | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _8/17/00_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) X _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK

DATE: _September 22, 2000_
TIME: _2 ᵒ⁵_
TAPE: _004 - 56_

**HON. DAVID R. HOMER., PRESIDING**
**UNITED STATES MAGISTRATE JUDGE**

COURTROOM DEPUTY: ___CYNTHIA J. MEZOFF___
COURT ECRO / STENO: _Laurie Dickinson_
INTERPRETER: _____
[kinterp.]    (Certified / Non-certified)
LANGUAGE: _____

UNITED STATES OF AMERICA
   vs.

_Alexander Kuzuu_ , by _Gine Primomo , FPD_ Esq.
                                     [kdaddatty.]

DOCKET NUMBER: _00-m-335_

_____ Retained _____ CJA Assigned _____ Waived

AUSA, _Tina Sciocchetti_ , for Government [kgaddatty.]

PRETRIAL OFFICER(s): _____

_____ DATE OF ARREST [kars.] _____

| | | |
|---|---|---|
| _____ INITIAL APPEARANCE [kia.] | ✗ REMOVAL HEARING [krmvhrg.] | _____ RULE 40 DOCS RECEIVED [kr40doc.] |
| _____ ARRAIGNMENT [karr.] | _____ ARRAIGNMENT ON SUPERSEDING INDICTMENT [karrsps.] | |
| _____ DETENTION HEARING [kdtnhrg.] | _____ PROBATION/SUPERVISED RELEASE VIOLATION HEARING [kprohrg.] | |
| _____ BOND HEARING [kbndhrg.] | _____ PRELIMINARY HEARING [kprlxm.] | _____ NEBBIA HEARING [knbhrg.] |

_____ NEXT APPEARANCE: _____ for:

    _____ Arraignment [arrddl.]
    _____ Bond Hearing [bndhrgddl.]
    _____ Preliminary Hearing [prlxmddl.]
    _____ Removal / Identity Hearing [rmvhrgddl.]
    _____ Detention Hearing [dtnhrgddl.]
    _____ Other: _____

_____ **DEFT. APPEARS 1st time with COUNSEL** [kcnsl.]    _____ **DEFT. APPEARS WITHOUT COUNSEL**

_____ FINANCIAL AFFIDAVIT filed [kfinaff.]    _____ COUNSEL to be APPOINTED BY COURT

_____ GOVT. MOVES to UNSEAL: [kgoralm.]    _____ COMPLAINT [kcmpuns.]    _____ INDICTMENT [kindiuns.]    _____ INFORMATION [kinfouns.]

_____ COURT:    _____ GRANTS MOTION to UNSEAL    _____ DENIES MOTION to UNSEAL [koralo.]

✗ DEFT. Advised of rights, maximum penalty stated and given a copy of:
    _____ Complaint    _____ Information    _____ Indictment    _____ Superseding Indictment ✗ warrant

✗ GOVT. MOVES for DETENTION [kgoralm.]:    ✗ Risk of Flight    ✗ Danger to Community

_____ GOVT. RECOMMENDS BAIL AT: $ _____    PRB _____    ROR _____

_____ ATTY. Waives the formal reading; and enters a PLEA of NOT GUILTY. [kpl.]

(See Reverse Side for Further Information)

_____ CASE assigned to JUDGE: _____.

_____ Criminal PRETRIAL ORDER issued in court.    _____ Criminal PRETRIAL ORDER to be mailed to counsel.

_____ BOND set at [kbnd.]: $_____    _____ PRB  _____ ROR  _____ To be secured by property

_____ ORDER setting CONDITIONS OF RELEASE filed

_____ DEFT. Admits he/she is the person wanted in _____.

_____ DEFT. Signs WAIVER of RULE 40 HEARING

_____ DEFT. ORDERED REMOVED to originating district [koralo.]

_____ DEFT. Failed to appear [kloc.] _____ LF

_____ Oral ORDER for issuance of BENCH WARRANT; Bond FORFEITED. [koralo.]

__✗__ DEFT ORDERED detained pending trial; Order to be issued. [oralo.]

_____ DEFT. RELEASED    _____ DEFT. RELEASED ON CONDITIONS PREVIOUSLY SET

__✗__ DEFT. REMANDED to custody of the U.S. MARSHAL. Select one of the following ONLY after Defendants 1st
appearance:

[kloc.] _____ LC    _____ LO (State, Local, or other Federal Authorities)

_____ CJA-20 Voucher issued.

_____ OTHER: Judge Homer takes veces to contact the chambers of
Lorraina Snow, US MJ from S. D. of FL who issued the
warrant in this case. She was not able to be
reached by phone, therefore Judge Homer can well not
[strikethrough] be able to discuss his potential release
w Judge Snow.

I certify that this is a true
and correct copy of an original
9/27/00                 on file in the office
X Dubinsn

COURT STANDS IN RECESS: _____ AM / PM

cr-06209-WDF    Document 34    States District Court    Docket #0703/2000    P

COPIES SENT                    NORTHERN DISTRICTT OF NEW YORK                    2001

UNITED STATES OF AMERICA                    **ORDER OF DETENTION PENDING TRIAL**

v.

Alexander Kuziw,                                                    Case Number: 00-M- 33

Defendant

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

_____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

_____ a crime of violence as defined in 18 U.S.C. §3156(a)(4).

_____ an offense for which the maximum sentence is life imprisonment or death.

_____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in ___

_____*.

_____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

_____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

_____ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

_____ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

_____ (1) There is probable cause to believe that the defendant has committed an offense

_____ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b).

_____ under 18 U.S.C. § 924(c).

_____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

_X_ (1) There is a serious risk that the defendant will not appear.

_X_ (2) There is a serious risk that the defendant will endanger the safety of another person in the community.

_____

_____

_____

_____

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that the defendant previously was released on conditions in this matter but failed to appear in the Southern District of Florida as directed even though he was given two extensions; the defendant is currently undergoing methadone treatment for which he takes a substantial daily dosage and which treatment is not near completion; the defendant's mental health remains unstable at the present time; and for the reasons stated on the record at the conclusion of the hearing on September 22, 2000.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: September 22, 2000                                    Signature of Judicial Officer

David R. Homer, U.S.M.J.
Name and Title of Judicial Officer

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a)

# UNITED STATES DISTRICT COURT

*northern* —————— District of —— *New York*

UNITED STATES OF AMERICA

v.

**COMMITMENT TO ANOTHER DISTRICT**

*Alexander Kuzui*

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| *00-6209* | | *00 m 335* | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of     *18*  U.S.C. § *228(a)(3)*

**DISTRICT OF OFFENSE**    *Southern Florida*

**DESCRIPTION OF CHARGES:**

*Failure to pay Child support and failure to appear before USMJ in FT Lauderdale, FL on 9-11-00*

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

*9/22/00*
Date

*David R. Homer*
United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|---|
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL | |

CLOSED

U.S. District Court
Northern District of New York (Albany)

CRIMINAL DOCKET FOR CASE #: 00-M -335-ALL

USA v. Kuziw                                        Filed: 08/17/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge David R. Homer

ALEXANDER KUZIW (1)              Gene V. Primomo
    defendant                   FTS 431-0141
                                Fax 518-436-1780
                                [COR LD NTC pda]
                                Office of the Federal Public
                                Defender
                                39 North Pearl Street, 5th
                                Floor
                                Albany Main Office
                                Albany, NY 12207
                                518-436-1850


Pending Counts:

    NONE                                    I certify that this is a tru.
                                            and correct copy of an origina
Terminated Counts:                          document

    NONE


Complaints                      Disposition

complaint filed


U. S. Attorneys:

    Tina E. Sciocchetti, AUSA
    FAX 518-431-0249
    [COR LD NTC]
    Office of United States
    Attorney
    James T. Foley U.S. Courthouse
    445 Broadway
    Room 231
    Albany, NY 12207-2924
    518-431-0247

Proceedings include all events.
1:00m 335-ALL USA v. Kuziw

```
                                                          CLOSED
8/17/00  1     Rule 40 Documents as to Alexander Kuziw received from
               Southern District of Florida [certified copies of arrest
               warrant, indictment from SD/FL #00-6209] (ldi)
               [Entry date 08/18/00] [Edit date 08/18/00]

8/17/00  2     WAIVER of Rule 40 Hearings by Alexander Kuziw (ldi)
               [Entry date 08/18/00]

8/17/00  --    Removal hearing as to Alexander Kuziw  held (ldi)
               [Entry date 08/18/00]

8/17/00  3     Minute entry as to Alexander Kuziw: Rule 40 hearing held
               8/17/00; Appearances: AUSA Tina Sciocchetti for govt.,
               Deft. appears w/out counsel; $25,000.00 unsecured bond set;
               Deft. released; Court Reporter/ECRO: Laurie Dickinson  Tape
               #: 00H-49 (ldi) [Entry date 08/18/00]

8/17/00  4     CJA 23 FINANCIAL AFFIDAVIT by Alexander Kuziw (ldi)
               [Entry date 08/18/00]

8/17/00  5     Appearance BOND entered by Alexander Kuziw in  Amount $
               25,000.00 unsecured personal recognizance bond (ldi)
               [Entry date 08/18/00]

8/17/00  6     ORDER Setting Conditions of Release as to Alexander Kuziw
               Bond set to $25,000.00 unsecured recognizance bond for
               Alexander Kuziw.; Deft. is to appear before Judge Seltzer
               at 9:00am in the SD/FL, 299 E. Brauer Blvd., Ft.
               Lauderdale, Florida; ( Signed by Magistrate Judge David R.
               Homer on 8/17/00 ) (ldi) [Entry date 08/18/00]

8/18/00  --    Sent certified copies of ND/NY papers to SD/FL as to
               Alexander Kuziw (ldi) [Entry date 08/18/00]

8/24/00  7     Return receipt received from SD/FL of rule 40 papers as to
               Alexander Kuziw (ldi) [Entry date 08/24/00]

9/21/00  8     Rule 40 Documents as to Alexander Kuziw received from
               Southern District of Florida  [copies of SD/FL #00-6209-CR
               arrest warrant issued 9/12/00, correspondence from Ulster
               Co. Mental Health Dept.] (ldi) [Entry date 09/27/00]

9/21/00  --    ARREST of Alexander Kuziw (ldi) [Entry date 09/27/00]

9/21/00  9     Minute entry as to Alexander Kuziw : Failure to appear in
               SD/FL removal hearing held 9/21/00; Appearances: AUSA Tina
               Sciocchetti for govt., deft. appears w/out counsel; Deft.
               arrested failure to appear in Southern District of Florida;
                 set Detention Hearing for 2:00 9/22/00 for Alexander
               Kuziw in Albany Court Reporter/ECRO: Theresa Berical (ldi)
               [Entry date 09/27/00]

9/21/00  10    CJA 23 FINANCIAL AFFIDAVIT by Alexander Kuziw (ldi)
               [Entry date 09/27/00]
```

Proceedings include all events.
1:00m 335-ALL USA v. Kuziw

                                                        CLOSED

9/22/00   --      Removal hearing as to Alexander Kuziw  held (ldi)
                  [Entry date 09/27/00]

9/22/00   --      Detention hearing as to Alexander Kuziw  held  before Judge
                  Homer (ldi) [Entry date 09/27/00]

9/22/00   11      Minute entry as to Alexander Kuziw: Removal/Detention
                  hearing held 9/22/00; Appearances: AUSA Tina Sciocchetti
                  for govt., Gene Primomo for deft.; Deft. advised of rights,
                  given copy of warrant; Govt. moves for detention as r/f and
                  d/c; Judge Homer takes recess to contact the chambers of
                  Lorraina Snow, USMJ from SD/FL who issued the warrant in
                  this case--she was not able to be reached by phone,
                  therefore Judge Homer will not be able to discuss his
                  potential release w/Judge Snow; Deft. ordered detained
                  pending trial; Deft. remanded to US marshal custody; Court
                  Reporter/ECRO: Laurie Dickinson  Tape #: 00H-56 (ldi)
                  [Entry date 09/27/00]

9/22/00   12      ORDER OF DETENTION as to Alexander Kuziw ( Signed by
                  Magistrate Judge David R. Homer on 9/22/00 ) (ldi)
                  [Entry date 09/27/00]

9/22/00   13      COMMITMENT TO ANOTHER DISTRICT as to Alexander Kuziw to
                  Southern District of Florida (ldi) [Entry date 09/27/00]