## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: ALEXANDER KUZIW (J) # 10375-052 | CASE NO: 00-6209-CR-FERGUSON |
| AUSA: BRUCE BROWN /Laniga/ | ATTY: Robin Farnsworth |
| AGENT: | VIOL: 18:228 |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: ? 25,000 10% |
| BOND HEARING HELD - yes /(no) | COUNSEL APPOINTED: FPD |
| BOND SET @: 25,000 10% | To be cosigned by: |

*FILED by D.C. OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. L.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☑ Travel extended to: ND/NY
- ☐ Halfway House _____

Deft advised
Charges - FPD
appointed

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | ✓ | | |
| STATUS CONFERENCE: | 11-3 | 11 | BSS | |

DATE: 10-13-00   TIME: 11:00   FTL/LSS TAPE # 00 - 051   Begin: 2954   End: 3435

re-call @ 3552
and 00-052

13/6