**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6209-CR-FERGUSON

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALEXANDER KUZIW
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language   ENGLISH
Tape No.   00-051/052
AUSA   BRUCE BROWN
Agent

FILED by __ OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above-named defendant having been arrested on OCTOBER 13, 2000, having appeared before the court for initial appearance on OCTOBER 13, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:
1. _Robin Farnsworth_ (duty) appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone: (FPD)
2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _Ruled_ at _____ before Judge _____ .
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because~~ _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____ .
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _$25,000 10%_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
  ✓ b. Report to Pretrial Services as follows: ___ times a week/month by phone, ___ time a week/month in person; other: _as directed_
  ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  ___ d. Maintain or actively seek full time gainful employment.
  ___ e. Maintain or begin an educational program.
  ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
  ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  ___ h. Comply with the following curfew: _____
  ___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_✓_ Comply with the following additional special conditions of this bond: _____

Travel extended to ND/NY

This bond was set: At Arrest _____
      On Warrant _____
      After Hearing __✓__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Ft. Lauderdale, Florida this 13TH day of OCTOBER, 2000.

                   _Lurana S. Snow_
                   **U. S. MAGISTRATE JUDGE**
                   **LURANA S. SNOW**

cc: Assistant U.S. Attorney
  Defendant
  Counsel
  Copy for Judge
  Pretrial Services/Probation