UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6209-CR-FERGUSON

UNITED STATES OF AMERICA

vs

ALEXANDER KUZIW

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 13, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $____25,000 10% SET_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __13TH__ day of __OCTOBER_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By:_____
                                       Deputy Clerk

                                    Tape No._____00-051 & 052____

cc: Copy for Judge
    U. S. Attorney