```
            UNITED STATES DISTRICT COURT
            Southern District of Florida

                              U.S. Marshal # 10375-052
UNITED STATES OF AMERICA    )
          Plaintiff         )  Case Number: CR 00-6209-CR-WDF
                            )  REPORT COMMENCING CRIMINAL
     -vs-                   )  ACTION
                            )
ALEXANDER KUWIZ             )
_____          )
          Defendant
*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)
```

FILED by __ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-12-2000 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FAIL TO APPEAR

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 7-7-56

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [X] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10-13-00   (9) Arresting Officer: _____

(10) Agency: USMS    (11) Phone: _____

(12) Comments: _____

20