## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ALEXANDER KUZIW (J) # 10375-052        CASE NO: 00-6209-CR-FERGUSON

AUSA: BRUCE BROWN /Kay        ATTY: AFPD SAM SMARGON - pres

AGENT:        VIOL:

PROCEEDING: BOND HEARING        RECOMMENDED BOND:

BOND HEARING HELD - yes / no        COUNSEL APPOINTED:

BOND SET @: 100,000 PSB        To be cosigned by: parents

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☒ Travel extended to: NJ/NY
- ☐ Halfway House _____

release upon receipt of cosignature pages from parents

FILED by
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 10-20-00    TIME: 9:00    FTL/LSS TAPE # 00 - 054    Begin: 2804    End: 3220

21