FILED by D.C.
MAR 2 - 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6209-CR-WDF

DEFENDANT Alexander Kuziw          JUDGE WILKIE D. FERGUSON
Deputy Clerk D. McIntosh ~~TROY T. WALKER~~        DATE 3/2/01
Court Reporter Paul Haferling       USPO Frank Smith
AUSA Bruce Brown                    Deft's Counsel Sam Smargon

COUNTS DISMISSED All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  |  |  |

Supervised Release _____

| Probation | Years | Months | Counts |  |
|---|---|---|---|---|
|  | 5 |  | 1 | 10 Days to Appeal |

Comments Standard Conditions

Assessment $ 10.00          Fine $ N/A
Restitution /Other $ 36,126

#### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

30