# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ALEXANDER KUZIW | Case Number: **0:00CR06209-004** |
| | **BRUCE BROWN, AUSA / SAMUEL SMARGON, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to count(s)  **COUNT 1**

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 228 (a)(1) | FAILING TO PAY CHILD SUPPORT | 08/17/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) **all others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **07/07/1956**
Defendant's USM No.: **10375-052**
Defendant's Residence Address:

**634 OID Greenfield Road**

**Ellenville**         `NY   12428

Defendant's Mailing Address:
**634 OID Greenfield Road**

**Ellenville**

03/02/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

March 3, 2001
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/2/01

32

No further action required by
Marshals Service.

James A. Passore

UNITED STATES MARSHAL

Ed Piircha SDUSM