U.S. DISTRICT COURT/SOUTHERN DISTRICT OF FLORIDA
U.S. PROBATION DEPARTMENT/HOLLYWOOD FLORIDA

TO: FTL COURT UNIT                           DATE: 9/15/03

FROM: KAREN G. ANDERSON - Hollywood (954)769-5575

SUBJECT: KUZIW, Alexander                    00-6209-CR-WDF
         Dkt. No.0:006209-004
         SD/FL Pacts #65124

The above listed is being transmitted to your office for your <u>immediate attention</u>.

| | |
|---|---|
| \_\_\_\_\_ FILE (I&I, PROB, PAR) | OTHER: <u>Attachments:</u> |
| \_\_\_\_\_ PRESENTENCE INV. (ORIG CT COPIES) | <u>Transfer if Jurisdiction</u> |
| \_\_\_ PAROLE CERTIFICATES | <u>Prob 22 signed by receiving</u> |
| \_\_\_\_\_ CONDITIONS OF PROBATION | <u>district, (ND/New York)</u> |

MATERIAL REQUESTED BY:

_____
(NAME)

\_\_\_\_\_ INDICTMENT/INFORMATION COMPLAINT

_____

PLEASE DELIVER ATTACHED
TO COURT, WHEN RETURNED
\_\_\_\_\_ JUDGMENT & COMMITMENT         HAVE COPIES CERTIFIED
                                      BY YOUR CLERK

\_\_\_\_\_ COURT ORDER
\_\_\_\_\_ NOTICE OF APPEAL/MANDATE       _____

\_\_\_\_\_ FBI RAP SHEET                  SENTENCING & PSI INFO:

\_\_\_\_\_ TRAVEL PERMIT                  DATE: _____
\_\_\_\_\_ OPO REQUEST                    PLACE: _____

 X  MEMO TO COURT                     JUDGE: _____

\_\_\_\_\_ PSI TO COURT                   USPO: _____

\_\_\_\_\_ LEAVE SLIP(S)                  COPIES ATTACHED
                                      FOR:
\_\_\_\_\_ REQUEST FROM COURT             ATTY: _____
\_\_\_\_\_ GAS RECEIPTS                   AUSA: _____
                                      JUDGE: _____
                                      COURT:(W/FI  ):_____

REMARKS: <u>PLEASE DELIVER THE ATTACHED DOCUMENTS TO MAGISTRATE SECTION.</u>
<u>THANKS.</u>

**United States Government**
M E M O R A N D U M

**DATE:** August 13, 2003

**FROM:** Karen G. Anderson, U.S. Probation Officer
Hollywood Office
(954) 769-5575

**SUBJECT:** **KUZIW, Alexander**
**Docket No. 0:0006209-004**
**SD/FL PACTS No.**

**TO:** Clerk's Office, Magistrate Section
U.S. District Court, Ft. Lauderdale, FL

    Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on March 10, 2003, by the Honorable Wilkie D. Ferguson, U. S. District Judge, Southern District of Florida, Ft. Lauderdale, and signed in Part Two on July 1, 2003, by the Honorable Frederick J. Scullin, Jr., Chief U.S. District Judge for the Northern District of New York.

    Please forward your complete file to the Clerk of the Court in the Northern District of New York.

KGA/evg

Attachments

| PROB 22 REV.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0:00CR06209-1 |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern Florida | DIVISION Fort Lauderdale |
|---|---|---|
| Alexander Kuziw | NAME OF SENTENCING JUDGE Wilkie D. Ferguson, Jr. | |
| SD/FL PACTS No. 65124 | DATES OF PROBATION SUPERVISED RELEASE | FROM 3/02/03 TO 3/01/06 |

FILED JUL 0 1 2003

OFFENSE

Failure to Pay Child Support, a Class B Misdemeanor

Lawrence K. Baerman, Clerk — Syracuse

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of New York upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

03/10/03

Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __New York__

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9-18-03

U.S PROBATION OFFICE
ALBANY, NY

United States District Judge