**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



September 18, 2003

United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 345
Albany, New York 12207-2936

RE:   *USA -vs- Alexander Kuziw*
      Case No. 00-6209-CR-WDF

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
Lisa I. Streets
Deputy Clerk

Encl.

---

